# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

United States District Court
Southern District of New York

| | |
|---|---|
| USDC SDNY | |
| Document | |
| Electronically Filed | |
| Doc # _____ | |
| Date Filed:  February 15, 2023 | |

----------------------------------------------------------X

United States of America,

                          Plaintiff                              **SCHEDULING ORDER**

    -against-                                       7:23-cr-00066

Kidane Gallimore

                             Defendant

----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a/an  arraignment on indictment for 2/17/2023 at 3:30 pm before Magistrate
Judge Paul E. Davison. The Court expects to conduct the proceeding in person at the Hon. Charles L.
Brieant, Jr., Courthouse, 300 Quarropas Street, Courtroom 420, White Plains, NY 10601.

**MASKS ARE STILL REQUIRED TO WEAR MASKS IN COURTROOM  420.**

Please refer to the Court's website for the latest COVID protocols.

 As a reminder, DO NOT COME TO THE COURTHOUSE if you have any symptoms of COVID-19,
which include fever, cough, shortness of breath, difficulty breathing, extreme fatigue, nausea, vomiting,
congestion, runny nose, muscle aches, body aches, headache, sore throat, new loss of taste or smell, and
diarrhea. Please keep in mind that the symptoms of COVID-19 often resemble those of a mild common
cold or allergies. Please err on the side of caution; stay home, and test if you have ANY symptoms.

Dated:  2/15/2023
       White Plains, New York

                                 SO ORDERED:

                                 s/       PED
                                 _____

                                 PAUL E. DAVISON
                               United States Magistrate Judge