March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                       -v-

*Kidane Gallimore*   Defendant(s).

                                     **CONSENT TO PROCEED BY TELECONFERENCE**

                                      23-CR-66

-----------------------------------------------------------------X

Defendant _____**Kidane Gallimore**_____ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

___    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

_x_    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

Defense counsel signed this form on Mr. Gallimore's behalf after explaining the form to him and obtaining his verbal consent to sign the form.

/s/ Kidane Gallimore (by RSM)

Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_____Kidane Gallimore_____
Print Defendant's Name

_____
Defense Counsel's Signature

Rachel S. Martin, Esq.
Print Defense Counsel's Name

This proceeding was conducted by AT&T teleconferencing technology.

__2/13/23__
Date

_____
U.S. District Judge