# Federal Defenders
## OF NEW YORK, INC.

David E. Patton
*Executive Director
and Attorney-in-Chief*

---

> Application granted.
>
> The status conference scheduled for May 31, 2023 shall be adjourned to September 20, 2023 at 2:30 p.m. in Courtroom 520.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>           May 23, 2023

The Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:   *United States v. Kidane Gallimore*, 23cr66

Dear Judge Halpern,

    I am writing to request that Mr. Gallimore's scheduled status conference set for May 31, 2023 at 2:45 p.m. be continued until September 2023 so that the parties can continue working toward a pretrial resolution. Recent case developments have confirmed that the case is almost certain to resolve pretrial, and the requested adjournment will give the parties time to do so. If the Court grants the requested adjournment, defense counsel has no objection to the exclusion of time through the date of the new status conference.

    I have discussed this adjournment request with AUSA Kaiya Arroyo. She has no objection.

                                                 Respectfully,

                                                 Rachel Martin, Esq.
                                               Assistant Federal Public Defender

cc:    AUSA Kaiya Arroyo

1