# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 1, 2023

The Hon. Judith McCarthy
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Kidane Gallimore*, 23cr66

Dear Judge McCarthy,

I am writing to request that Mr. Gallimore's pretrial conditions be modified to permit him to travel to and from Hackensack, New Jersey for a car repair appointment this Saturday, June 3, 2023 at 10:00 a.m. The car is under warranty and the required repair can only be done at the particular dealership in New Jersey. As part of this modification, Mr. Gallimore must provide Pretrial Services a receipt documenting the repair. The exact hours of his trip will be determined by Pretrial Services.

I have discussed this request with Pretrial Officer Andrew Abbott and AUSA Kaiya Arroyo. Neither has an objection, but both require a receipt from the auto repair shop.

Respectfully,

Rachel Martin, Esq.
Assistant Federal Public Defender

cc:   AUSA Kaiya Arroyo
      Pretrial Officer Andrew Abbott

**APPLICATION GRANTED**

Hon. Judith C. McCarthy
6-1-2023

1