# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 17, 2023

The Hon. Andrew E. Krause
United States Magistrate Judge
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

    Re: Kidane Gallimore, 23 Cr. 66 (PMH)

Dear Judge Krause,

I am writing to request that the Court modify the terms of Mr. Gallimore's release to include travel to the District of New Jersey. This modification will permit him to visit his mother, who lives in New Jersey, more regularly and without pre-approval from Pretrial Services.

It is my understanding that Mr. Gallimore has been in complete compliance with pretrial supervision since his June 28, 2022 release on an unsecured $100,000 bond signed by two financially responsible family members. Until now, he has been traveling to visit his mother every other Sunday with prior approval from pretrial. His mother is infirm and has mobility issues.

I have discussed this requested modification with AUSA Kaiya Arroyo and Pretrial Officer Andrew Abbott. Neither party objects to this requested modification.

Thank you for your consideration of this request.

Sincerely,

Rachel Martin
Assistant Federal Defender

**APPLICATION GRANTED.**

Dated: November 17, 2023

SO ORDERED.

*/s/ Andrew Krause*

ANDREW E. KRAUSE
United States Magistrate Judge