UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

v.                                                              **ORDER**

KIDANE GALLIMORE,                                   23-CR-00066 (PMH)

                                  Defendant.
----------------------------------------------------------X
PHILIP M. HALPERN, United States District Judge:


The oral argument scheduled for May 20, 2024 at 2:30 p.m. is advanced to 1:30 p.m. on

the same date and is hereby converted to an evidentiary hearing concerning Defendant's pending

motion to suppress (Doc. 47).

The Clerk of the Court is respectfully directed to terminate the pending letter-motion

(Doc. 52).


**SO ORDERED.**

Dated: White Plains, New York
         April 30, 2024

                                        _____
                                        Philip M. Halpern
                                        United States District Judge