UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        -against-<br><br>KIDANE GALLIMORE,<br><br>                            Defendant. | **ORDER**<br><br>23-CR-00066 (PMH) |

PHILIP M. HALPERN, United States District Judge:

The Court held an evidentiary hearing on May 20, 2024 regarding Defendant's motion to suppress. As stated on the record, Defendant shall inform the Court by May 24, 2024 at 5:00 p.m. whether it intends to call a witness in connection with the motion to suppress. If Defendant does not intend to call a witness, the Court will consider the motion to suppress *sub judice*.

                                        **SO ORDERED.**

Dated:  White Plains, New York
            May 20, 2024

                                        _____
                                        PHILIP M. HALPERN
                                        United States District Judge