UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

v.                                                                          **ORDER**

KIDANE GALLIMORE,                                        23-CR-00066 (PMH)

                                    Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

The evidentiary hearing concerning Defendant's pending motion to suppress (Doc. 47) will be continued on June 13, 2024 at 10:00 am in Courtroom 520.

**SO ORDERED.**

Dated: White Plains, New York
         May 29, 2024

                                                                                  _____
                                                                                        Philip M. Halpern
                                                                                       United States District Judge