UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA

v.

KIDANE GALLIMORE,

Defendant.
--------------------------------------------------------X

**SCHEDULING ORDER**

7:23-cr-66 (PMH)

The Status Conference scheduled for July 22, 2024 at 12:30 p.m. is adjourned to July 22,

2024 at 4:00 p.m. in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom

520 of the White Plains Courthouse at that time.


**SO ORDERED:**

Dated:  White Plains, New York
        July 16, 2024

_____
        Philip M. Halpern
        United States District Judge