UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>KIDANE GALLIMORE,<br><br>                    Defendant. | **ORDER**<br><br>23-CR-00066 (PMH) |

PHILIP M. HALPERN, United States District Judge:

Pursuant to the amended Pretrial and Motion Scheduling Order (Doc. 65), by December 16, 2024 at 5:00 p.m.: (1) Defendant shall provide the Court a copy of his witness list if any; (2) the Government shall serve and file an index of its exhibits; and (3) to the extent that Defendant has objections to the Government's exhibits beyond those identified in his motion *in limine* (Doc. 68), he shall file his objections in a separate column on the index provided by the Government, or a letter specifying that he has no further objections.

SO ORDERED.

Dated:  White Plains, New York
            December 13, 2024

_____
PHILIP M. HALPERN
United States District Judge