UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

KIDANE GALLIMORE,

            Defendant.
------------------------------------------------------------x

**RE-SCHEDULING ORDER**

7-23-cr-00066-PMH

Due to a scheduling conflict, the Sentencing hearing scheduled for August 14, 2025 is re-scheduled to November 3, 2025 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.

The Court will advance the sentencing date if an earlier date becomes available so Defendant's sentencing submission is due by September 25, 2025. Government's submission is due by October 2, 2025.

**SO ORDERED:**

Dated: White Plains, New York
       June 24, 2025

_____
Philip M. Halpern
United States District Judge