UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA
:
        - v. -                    :      PRELIMINARY ORDER OF
                                                                                FORFEITURE/
:      <u>MONEY JUDGMENT</u>
KIDANE GALLIMORE,
:      23 Cr. 66 (PMH)
                Defendant.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

            WHEREAS, on or about February 6, 2023, KIDANE GALLIMORE (the "Defendant"), was charged in a three-count Indictment, 23 Cr. 66 (PMH) ("Indictment"), with narcotics conspiracy, in violation of Title 21, United States Code, Section 846 (Count One); possession with the intent to distribute narcotics, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) (Count Two); and possession of a firearm in furtherance of a narcotics offense, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i) (Count Three);

            WHEREAS, the Indictment included a forfeiture allegation as to Counts One and Two of the Indictment, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, of any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses charged in Counts One and Two of the Indictment and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses charged in Counts One and Two of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Count One and Two of the Indictment;

WHEREAS, on or about June 27, 2022, the Government seized $12,000 in United States currency from the Defendant's residence in the vicinity of 28 Ludlow Street Yonkers, NY 10705 (the "Seized Currency");

WHEREAS, on or about May 8, 2024, a Declaration of Administrative Forfeiture was entered forfeiting the Seized Currency to the Government;

WHEREAS, on or about January 29, 2025, the Defendant was found guilty, following a jury trial, of Counts One through Three of the Indictment, wherein the Defendant was sentenced to the forfeiture allegation with respect to Counts One and Two of the Indictment and sentenced to forfeit, pursuant to Title 21, United States Code, Section 853, a sum of money equal to $65,000 in United States currency, representing proceeds traceable to the commission of the offense charged in Counts One and Two of the Indictment;

WHEREAS, the Government asserts that $65,000 in United States currency represents any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense charged in Counts One and Two of the Indictment, that the Defendant personally obtained;

WHEREAS, the Government seeks a money judgment in the amount of $65,000 in United States currency, pursuant to Title 21, United States Code, Section 853, of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense charged in Counts One and Two of the Indictment that the Defendant personally obtained; and

WHEREAS, the Court finds that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts One and Two of the

Indictment that the Defendant personally obtained, with the exception of the Seized Currency, cannot be located upon the exercise of due diligence.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offenses charged in Counts One and Two of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $65,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Counts One and Two of the Indictment that the Defendant personally obtained.

2. Upon entry of this Preliminary Order of Forfeiture/Money Judgment, the Seized Currency shall be applied towards the satisfaction of the Money Judgment.

3. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, KIDANE GALLIMORE and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

4. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

5. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

6. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the defendant up to the uncollected amount of the Money Judgment.

7. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

8. The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

SO ORDERED:

_____            11/5/2025
HONORABLE PHILIP M. HALPERN              DATE
UNITED STATES DISTRICT JUDGE